B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

District of Arizona
Case No. **2:08−bk−00868−RJH**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   DOLORES MCCLELLAND
   822 W MARYLAND AVE
   APT B
   PHOENIX, AZ 85017

Social Security No.:
   xxx−xx−1992

Employer's Tax I.D. No.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


                                                  BY THE COURT

Dated: 5/16/08                                          Randolph J. Haines
                                                         United States Bankruptcy Judge


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0970-2            User: taylore              Page 1 of 1                Date Rcvd: May 16, 2008
Case: 08-00868                  Form ID: b18               Total Served: 16

The following entities were served by first class mail on May 18, 2008.
 db           +DOLORES MCCLELLAND,    822 W MARYLAND AVE,    APT B,    PHOENIX, AZ 85013-1346
 tr            S. WILLIAM MANERA,    P.O. BOX 44350,    PHOENIX, AZ  85064-4350
 cr         +++Household Bank (SB), N.A.,    c/o Bass & Associates,    3936 E Ft Lowell RD,   Suite 200,
               Tucson, AZ 85712-1083
7216156       +ALHAMBRA CREDIT UNION,    7339 NORTH 35TH AVE,    PHOENIX, AZ 85051-7479
7216157       +ALTIER CREDIT UNION,    1511 N PROJECT DR.,    TEMPE, AZ 85281-1206
7317991       +ALTIER CREDIT UNION, FKA SRP CU,    C/O HOWARD A CHOROST, P.C.,    21 E SPEEDWAY BLVD,
               TUCSON, AZ 85705-7714
7310750       +Household Bank (SB), N.A.,    eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
7272351       +Recovery Management Systems Corporation,    For GE Money Bank,    dba MERVYN'S,
               25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
7216160        SEARS,   PO BOX 6286,    SIOUX FALLS, SD 57117-6286
7216161        WELLS FARGO BANK, N.A.,    PO BOX 5169,    SIOUX FALLS, SD 57117-5169
7216162       +WELLS FARGO CARD SERVICE,    PO BOX 30066,    LOS ANGELES, CA 90030-0066
7274513       +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
               Des Moines, IA 50306-9210

The following entities were served by electronic transmission on May 17, 2008.
 tr            EDI: BSWMANERA.COM May 16 2008 22:13:00      S. WILLIAM MANERA,    P.O. BOX 44350,
               PHOENIX, AZ  85064-4350
 smg          +EDI: AZDEPREV.COM May 16 2008 22:13:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
               1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2612
 smg           EDI: IRS.COM May 16 2008 22:13:00      IRS,   210 EAST EARLL DR, MS 5014 PX,    PHOENIX, AZ  85012
7216158        EDI: HFC.COM May 16 2008 22:13:00      COMP USA,    PO BOX 60148,    CITY OF INDUSTRY, CA 91716-0148
7216159        EDI: RMSC.COM May 16 2008 22:13:00      MERVYNS,    PO BOX 960013,    ORLANDO, FL 32896-0013
7272351       +EDI: RECOVERYCORP.COM May 16 2008 22:13:00      Recovery Management Systems Corporation,
               For GE Money Bank,    dba MERVYN'S,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
7216161        EDI: WFFC.COM May 16 2008 22:13:00      WELLS FARGO BANK, N.A.,    PO BOX 5169,
               SIOUX FALLS, SD 57117-5169
7274513       +EDI: WFFC.COM May 16 2008 22:13:00      Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,
               Recovery Department,    P.O. Box 9210,    Des Moines, IA 50306-9210
                                                                                               TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 18, 2008**           **Signature:** *Joseph Speetjens*